# UNITED STATES DISTRICT COURT
## DISTRICT FEDERAL COURT OF MASSACHUSETTS
### EASTERN DIVISION: CIVIL "ADA" CASE

| | | |
|---|---|---|
| **Alison J. Ethier** ) | | Docket No._____ |
| **(Plaintiff:** pro-se, disabled, & indigent) ) | | |
| v. ) | | |
| 1. **Roland Savaria, (Landlord)** ) | | **MOTION** |
| 2. **Ebony & Charles Warland (& Howard** ) | | |
| 3. **NB Police Dept.:** ) | | |
| **NB Officers: L. Cabral; G. Fortes** ) | | |

### PLAINTIFFS MOTION FOR APPOINTMENT OF COUNSEL

Now comes Plaintiff, Alison J. Ethier, an indigen, pro-se, ADA qualified litigant, in above case, request appointment of counsel under FHA/ADA discriminatory housing practice in enclosed claim for injunctive relief; "the court may appoint an attorney for the person . . . of a civil action without payment of fees, . . . if the the person is financially unable to bear the costs of the action (**42USC 3613(b); Civil Rights 11:490**).

(See Indigency Waiver Application enclosed.)

Respectfully,

*/s/ Alison J. Ethier*

Alison J. Ethier, pro-se
111 Tallman St. 2W
New Bedford, MA 02746
774-202-1002
[AllyStaley@hotmail.com]

Dated: _____
Signed Under the Pains and Penalties of Perjury