# UNITED STATES DISTRICT COURT
# DISTRICT FEDERAL COURT OF MASSACHUSETTS
### EASTERN DIVISION: CIVIL "ADA" CASE

## TABLE OF CONTENTS

**US District Court Application Indigency Waiver**

**US District Court Civil Cover Sheet**

**US District Court Local Cover Sheet**

**Plaintiffs Motion for Appointment for Counsel**

| Section | Page |
|---|---|
| I. INTRODUCTION | 1 |
| II. JURISDICTION AND VENUE | 2 |
| III. PARTIES | 2 |
| IV. STATEMENT OF FACTS | 4 |
| V. STATEMENT OF LAW | 8 |
|     A. 1st. DEFENSE: 950 CONSTITUTION | 8 |
|     B. 2nd. DEFENSE: 446 ADA | 9 |
|     C. 3rd. DEFENSE: 890 STATORY ACTIONS: | 16 |
|     D. 4th. DEFENSE: [893 Environmental Matters; IV. 660 OSHA; 690 Other | 18 |
|     E. 5th. DEFENSE: 8*0 - 443 Housing Accom. | 22 |
|     F. 6th. DEFENSE: (Other) Property Rights; 290 Other Real Property | 24 |
|     G 7th DEFENSE: I. 470 (possible) Racketeering; and III. 190 Contract | 24 |
| VI. TORT (PI) & DAMAGES: | 25 |
|     A. <u>Cause of Action:</u> Tort, Contract & Restitution | 25 |
|     B. COUNTS | 25 |
|     C. Ref. from : *61 AMJUR TRIALS 95* - Database Updated June 2004: | 28 |
|     D. CLEAN AIR ACT: Jurisdiction and Right to Sue | 28 |
|     E. Plaintiffs Objective | 30 |

|   |   |   |
|---|---|---|
|   | F. Police Misconduct and Civil Rights Law | 30 |
|   | G. RELIEF: | 32 |
|   | H. Documentation of Plaintiff's medical history; & Damages | 33 |
| VII. | Burdon of Proof | 37 |
|   | Note to Court/Judge | 38 |
| VIII. | BALANCING THE EQUITIES | 40 |
| IX. | PRAYER FOR RELIEF | 42 |


Rules; Cases; Other References ( p. 1 - 6)

# EXHIBITS

| List of Exhibits: |   | Page Ref. |
|---|---|---|
| Exh. A: | ADA accommoddation request letter | 4 |
| Exh. B: | NBHA Explanation for delay in moving letter | 5 |
| Exh. C: | Note to lanlord for recent incidents for no rent payments | 6 |
| Exh. D: | Disctrict Court Claim and Denial/Dismissal | 6 |
| Exh. E: | Clerk Notice of NBHA agreement | 6 |
| Exh. F: | Supplemental Papers sent to Judge Moses, Superior Court | 6 |
| Exh. G: | Plaintiffs Reply to Defendants Testimony's | 6 |
| Exh. H: | Follow up letter to defendants | 6 |
| Exh. I: | Postings made for common hallway by Plaintiff | 6 |
| Exh. J: | Health Hazard Reference | 18 |
| Exh. K: | "International Food Safety Council" Card | 21 |
| Exh. L: | FHA Resources Regulatons and Law List | 22 |
| Exh. M: | Resident Rights & Responsibilities:" Brochure | 25 |
| Exh. N: | Section 8 Lease Contract | 25 |
| Exh. O: | Chemical Profile: Chemical: AMMONIA - CAS Number: 7664-41-7 | 29 |
| Exh. P: | "UNITY THROUGH COMMUNITY - THE NEW BEDFORD POLICE NEIGHBORHOOD POLICING COALITION: | 31 |
| Exh. Q: | What Is The Difference Between Allergy, Intolerance And Sensitivity? | 33 |
| Exh. R: | ER Visit release sheet | 34 |