To: US Dist.Crt. 01/30/05   From: Alison J. Ethier 508+997+4124  111 Tallman St. 2 New Bedford MA 02746 USA - Bristol County  1  119:54   Page 1 of 1   ID: 205
Sent by the Award Winning Cheyenne Bitware

Case 1:05-cv-10174-MLW    Document 4    Filed 01/30/2005    Page 1 of 1

# *Alison J. Ethier*

111 Tallman St. 2W  -  New Bedford, MA 02746  -  (774) 202-1002  -  AllyStaley@hotmail.com

January 30, 2005

**05-10174 MLW**

**TO:** US District Court of MA - Suzanne Ginese

**CC:** City Solicitor J. M. Friedman; NB Police Dept. - Capt. Hegerty

**RE:** Reply to Defendant (#3) letter/claim of Jan 28, 2005

**CLARIFICATION:**

Please be advised that I sent a copy of my brief/claim; ADA/Injunction/Tort, **Ethier v. Roland Savaria; Ebony Warland; NB Police Dept.**, to the NB Police Dept. on **ONLY** as a request "to consider that this copy of my brief, a police officer complaint", sent/mailed to Capt. Hegerty on 1-18-05. I did not serve, mail as an official court service, and no other defendants have received copies. I do not even have a docket number yet!

Therefore, I assume that the Defendant (#3) is confused, and this letter/brief is moot at the present time. If there is any clarifications regarding this letter, please advise.


Thank you,

*Alison J. Ethier*

Alison J. Ethier
ae