FILED
CLERKS OFFICE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

2005 FEB -1  P 12: 55

*Eastern Division*

U.S. DISTRICT COURT
DISTRICT OF MASS

| | |
|---|---|
| Alison J. Ethier | ) |
| Pro-Se, disabled & indigent | ) |
| Plaintiff | ) |
| | ) |
| Vs. | ) |
| | ) |
| Roland Savaria, Landlord, | ) |
| Ebony & Charles Warland (& brother) | ) |
| New Bedford Police Department | ) |
| N. B. Police Officer L. Cabral and | ) |
| N. B. Police Officer G. Fortes | ) |

## DEFENDANT, CITY OF NEW BEDFORD, ACTING ON BEHALF OF THE NAMED DEFENDANTS, "NEW BEDFORD POLICE DEEPARTMENT, N. B. POLICE OFFICER L. CABRAL AND N. B. POLICE OFFICER G. FORTES" MOTION TO ENLARGE TIME TO FILE ANSWER OR OTHER RESPONSIVE PLEADING

NOW COMES the City of New Bedford, acting on behalf of the named defendants, "New Bedford Police Department, N. B. Police Officer L. Cabral and N. B. Police Officer G. Fortes" and moves pursuant to Federal Rule of Civil Procedure 6 (b) to enlarge the time in which it should be allowed to file an Answer or other responsive pleading up to and including February 21, 2005.

In support, thereof, the City of New Bedford, acting on behalf of the named defendants, "New Bedford Police Department, N. B. Police Officer L. Cabral and N. B. Police Officer G. Fortes", states that the enlargement would allow the City to determine 1) whether or not proper presentment pursuant to M. G. L. Chapter 258 has been made in this case, 2) whether the New Bedford Police Department is a proper party defendant, 3) whether this matter is subject to a Rule 12 (b) (6) Motion to Dismiss, 4) whether or not service of process has been properly effected upon the named defendants, New Bedford Police Department, N. B. Police Officer L. Cabral and N. B. Police Officer G. Fortes, and 5) to determine whether or not there is insurance coverage for the factual claims set forth in the pro-se plaintiff's complaint.

Respectfully submitted,

CITY OF NEW BEDFORD, on
behalf of the named defendants,
New Bedford Police Department,
N. B. Police Officer L. Cabral and
N. B. Police Officer G. Fortes

By:

JANE MEDEIROS FRIEDMAN
First Assistant City Solicitor
BBO#: 561782
Law Department
133 William Street, Room 203
New Bedford, MA  02740
Tel: (508) 979-1460

DATED: January 28, 2005

## CERTIFICATE OF SERVICE

I, Jane Medeiros Friedman, counsel for the defendant, City of New Bedford, Acting on behalf of the named defendants, "New Bedford Police Department, N. B. Police Officer L. Cabral and N. B. Police Officer G. Fortes" hereby certify that I have this day served the foregoing: DEFENDANT, CITY OF NEW BEDFORD, ACTING ON BEHALF OF THE NAMED DEFENDANTS "NEW BEDFORD POLICE DEPARTMENT, N. B. POLICE OFFICER L. CABRAL AND N. B. POLICE OFFICER G. FORTES' MOTION TO ENLARGE TIME TO FILE ANSWER OR OTHER RESPONSIVE PLEADING, upon the plaintiff by mailing a copy, postage prepaid to: Alison J. Ethier, 111 Tallman Street 2W, New Bedford, MA 02746, pro se of record for the plaintiff.

Jane Medeiros Friedman
First Assistant City Solicitor

DATED: January 28, 2005