UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALISON ETHIER, )<br>     Plaintiff, )<br> )<br>  v. )<br> )<br>RONALD SAVARIA, )<br>EBONY WARLAND, CHARLES )<br>WARLAND, & BROTHER, )<br>NEW BEDFORD POLICE )<br>DEPARTMENT, )<br>L. CABRAL & G. FORTES )<br>     Defendants ) | C.A. No. 05-10174-MLW |

ORDER FOR DISMISSAL

Wolf, D.J.

    In accordance with the Memorandum and Order (#8) dated October 12, 2005 directing this action be dismissed for the reasons stated therein, it is hereby ORDERED that the above-captioned matter is dismissed in its entirety.

                                       By the Court,

Dated: October 12, 2005        /s/ Dennis O'Leary
                                           Deputy Clerk